# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYN KEYTANJIAN, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER, | : | No. 17-530 |
|     *Defendant*. | : | |

## O R D E R

**AND NOW**, this 14th day of February, 2018, upon consideration of the Defendant's Motion for Summary Judgment (Doc. No. 23) the Response in Opposition (Doc. No. 26) and oral argument held on January 24, 2018, it is **hereby ORDERED** that the Motion for Summary Judgment (Doc. No. 23) is **GRANTED IN PART** and **DENIED IN PART** as outlined in this Court's February 14, 2018 memorandum.

                                                                     BY THE COURT:

                                                                       S/Gene E.K. Pratter
                                                                       GENE E.K. PRATTER
                                                                       UNITED STATES DISTRICT JUDGE